# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 06-7089                                              September Term, 2005

**MANDATE**

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: _12, 28, 06_

BY: _____ , Deputy Clerk

ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

Filed On:

06cv00896

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   SEP 1 4 2006

CLERK

Tyrone Hurt,
              Appellant

v.

Metropolitan Police Department,
              Appellee

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BEFORE**:    Ginsburg, Chief Judge, and Henderson and Griffith,
              Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed May 11, 2006 be affirmed. The court correctly held that this § 1983 action is subject to, and barred by, a three-year statute of limitations. See, e.g., Carney v. American University, 151 F.3d 1090, 1096 (D.C. Cir. 1998).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____
                    Deputy Clerk